**Electronically Filed
Supreme Court
SCWC-19-0000845
25-AUG-2021
11:03 AM
Dkt. 10 ODAC**

SCWC-19-0000845

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

GREG BAXTER,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000845; CASE NO. 1DTA-18-04169)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ
of Certiorari filed on June 30, 2021, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 25, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

